THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD
 NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY
 RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court
Alonzo White, Petitioner,
v.
State of South Carolina, Respondent.

          ON WRIT OF CERTIORARI

Appeal From Sumter County
 John C. Hayes, Trial Judge
 George C. James, Jr., Post-Conviction
Relief Judge

Memorandum Opinion No.    2010-MO-021
 Submitted August 18, 2010  Filed August 23,
2010  

DISMISSED

 
 
 
 Appellate Defender Lanelle Cantey Durant, of South Carolina
 Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for
 Petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Assistant Attorney General Mary S. Williams, all of Columbia, for
 Respondent.
 
 
 

PER
 CURIAM:  Petitioner seeks
 a writ of certiorari from the denial of his application for post-conviction
 relief (PCR).
The petition for
 a writ of certiorari is denied as to petitioners Question 2.  Because there is
 sufficient evidence to support the PCR judges finding that petitioner did not
 knowingly and intelligently waive his right to a direct appeal, we grant the
 petition for a writ of certiorari on petitioners Question 1, dispense with further
 briefing, and proceed with a review of the direct appeal issues pursuant to Davis
 v. State, 288 S.C. 290, 342 S.E.2d 60 (1986).

We dismiss
 petitioners direct appeal under Rule 220(b)(1), SCACR, after consideration of
 appellants pro se brief and review pursuant to Anders v. California,
 386 U.S. 738 (1967).  Counsels motion to be relieved is granted.
DISMISSED.

TOAL, C.J., PLEICONES,
 BEATTY, KITTREDGE and HEARN, JJ., concur.